974

General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg and Robert G. Maysack for respondents.

No. 372, Misc.   BARNETT v. CITY OF MEMPHIS ET AL. Supreme Court of Tennessee.   Certiorari denied.   *Nell Sanders Aspero* for petitioner.   *Marion G. Evans* for the Board of Education of the Memphis City Schools, respondent.

No. 375, Misc.   MUNROE v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 376, Misc.   YANKOVICH v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 380, Misc.   PENNENGA v. NEW YORK.   Suffolk County Court, New York.   Certiorari denied.

No. 388, Misc.   MORTON v. STEELE, WARDEN.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 389, Misc.   BEAN v. NEW YORK.   Appellate Division, Supreme Court of New York, Third Judicial Department.   Certiorari denied.

No. 405, Misc.   DIMAGGIO v. NEW YORK.   Appellate Division, Supreme Court of New York, First Judicial Department.   Certiorari denied.